389 A.2d 176

Commonwealth v. Patterson, Appellant.

Submitted March 14, 1977. H. Stanley Rebert, Assistant Public Defender, for appellant; Michael K. Worrall, Assistant District Attorney, and Donald L. Reihart, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.